

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2015

No. 04-14-00844-CV

**IN THE INTEREST OF N.R.V.,** A.M.A.F. and I.I.F., Children,

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3094-DC
The Honorable Cathy Morris, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                  Rebeca C. Martinez, Justice
                  Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court